# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 4/5/2018 | **Time:** 7 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 17-cv-06907-WHA | **Case Name:** Revitch v. Citibank, N.A. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan | |

**Attorney for Plaintiff:** Thomas Reyda

**Attorney for Defendant:** Marcos Sasso

## PROCEEDINGS

CMC - HELD

**PRETRIAL SCHEDULE:**

Complete Initial Disclosures**: 5/3/2018**
Last Day to Seek Leave to Add/Amend: **5/31/2018**
Motion for Class Certification filed by **10/4/2018** to be heard on a 49 day track
Discovery cutoff:  **12/14/2018**
Last Day to File Dispositive Motions**:  2/7/2019**
Pretrial Conference**: May 1, 2019 at 2:00 pm**
Trial**: May 13, 2019 a**t **7:30 am**


REFERRALS: Magistrate Judge Donna Ryu for mediation