UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL CONFERENCE MINUTE ORDER

| **Date:** 5/15/18 | **Time:** 10 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:17-cv-06907-WHA | **Case Name:** Jeremiah Revitch v. Citibank, N.A. | |

**For Plaintiff:**
Thomas Reyda

**For Defendant:**
Marcos Sasso

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** Not Recorded

## PROCEEDINGS

Settlement planning call held.

**Results:** The court will issue a scheduling order for January 2019.

cc: Chambers