# Ballard Spahr LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
TEL 424.204.4400
FAX 424.204.4350
www.ballardspahr.com

Marcos D. Sasso
Tel: 424.204.4324
sassom@ballardspahr.com

August 8, 2018

*Via ECF*

The Honorable William H. Alsup
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re   Jeremiah Revitch ("Plaintiff") v. Citibank, N.A. ("Citibank")
     Case No. 3:17-cv-06907-WHA

Dear Judge Alsup:

Pursuant to paragraph 34 of the Court's Supplemental Standing Order, we write regarding the Court's August 1, 2018 Order re Discovery Dispute (the "Order"). Since the Order was issued, Citibank has worked diligently to identify a realistic and administratively feasible method of complying with the Order. At this time, Citibank estimates the size of the data to be produced to be multiple terabytes of data. Due to the anticipated large size of the production, Citibank is unable to comply with the August 8 deadline in the Order. As a result, counsel for Citibank and Plaintiff have been meeting and conferring to work out a production schedule. Citibank anticipates confirming by Friday the time needed to comply. Based on preliminary estimates, Citibank anticipates the production could take up to 30 days to complete, absent unforeseen problems. Counsel for Citibank will continue to confer with Plaintiff's counsel and update the Court regarding the discussions, including any proposed agreed-upon production schedule set by the parties.

Respectfully submitted,

Marcos D. Sasso
Counsel for Defendant Citibank, N.A.

cc:   Thomas Reyda, Esq
      Joel Smith, Esq.