**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         treyda@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH, on Behalf of Himself and all Others Similarly Situated,<br><br>                     Plaintiff,<br>   v.<br><br>CITIBANK, N.A.,<br><br>                     Defendant. | Case No.  3:17-cv-06907-WHA<br><br>**STATUS REPORT IN RESPONSE TO COURT'S AUGUST 21, 2018 ORDER;**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**<br><br>Honorable William H. Alsup |

The current deadline for Mr. Revitch's anticipated motion for class certification is October 4, 2018 (Doc. No. 29). On August 21, 2018, in connection with a prior discovery dispute, the Court ordered "that Defendant shall inform the Court when it has substantially completed its production [related to the dispute] so that the Court can determine whether or not to extend plaintiff's deadline to move for class certification." Doc. No. 63; *see also* related filings at Doc. Nos. 52, 56, 59, 62.

Defendant Citibank N.A. hereby informs the Court that on September 25, 2018, it substantially completed its production of documents, data and/or information covered by the August 21, 2018 Order and the Court's prior August 1, 2018 Order re Discovery Dispute (Doc. No. 52).

Plaintiff is in the process of reviewing and analyzing the data, and reserves any arguments as to whether the production is deficient.

Plaintiff requests and Defendant does not oppose an extension of the deadline to file the motion for class certification, and both parties agree to a brief extension of time to file the opposition and reply briefs. The parties have met and conferred regarding the schedule and respectfully ask the Court to adjust the schedule as set forth below.

From Plaintiff's perspective, the proposed schedule is appropriate because (1) the recently-produced documents are relevant to his motion for class certification; (2) Plaintiff intends to submit expert reports with his motion for class certification; and (3) the proposed schedule provides approximately the same amount of time to complete expert analysis and follow-up discovery that Plaintiff would have had if there been no discovery dispute. The schedule also builds-in time to resolve any further discovery disputes that may arise, and takes into account anticipated holiday travel.

| Event | Current Date | Proposed Date |
|---|---|---|
| Motion for Class Certification. | October 4, 2018, to be heard on a 49-day track | January 9, 2019 |
| Opposition to Motion for Class Certification | October 25, 2018 | February 6, 2019 |
| Reply in Support of Motion | November 8, 2018 | February 27, 2019 |

| | | |
|---|---|---|
| for Class Certification | | |
| Hearing on Motion for Class Certification | November 29, 2018 | March 13, 2019, or as soon thereafter as may be heard by the court |
| Non-expert discovery cut-off | December 14, 2018 | April 11, 2019 |
| Opening Expert Reports | December 14, 2018 | April 11, 2019 |
| Opposition Expert Disclosures | December 28, 2018 | April 25, 2019 |
| Reply Expert Reports | January 4, 2019 | May 2, 2019 |
| Expert discovery cut-off | January 18, 2019 | May 16, 2019 |
| Last date for dispositive motions | February 7, 2019 | June 4, 2019 |
| Final pretrial conference | May 1, 2019 | September 18, 2019 |
| Trial | May 13, 2019 | September 30, 2019 |

Dated:  September 28, 2018            **BURSOR & FISHER, P.A.**

                                                             By:    /s/ *Thomas A. Reyda*
                                                                        Thomas A. Reyda

                                                             *Attorneys for Plaintiff*

Dated: September 28, 2018             **BALLARD SPAHR LLP**

                                                             By:    /s/ *Marcos D. Sasso*
                                                                        Marcos D. Sasso

                                                             *Attorney for Defendant*
                                                                  *Citibank, N.A.*

### ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

                                                                   */s/ Thomas A. Reyda*
                                                                        Thomas A. Reyda

CASE NO.  3:17-cv-06907-WHA                                                                                           2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____          _____
                                        HON. WILLIAM H. ALSUP
                                        United States District Judge