IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH REVITCH, on behalf of
himself and all others similarly situated,

    Plaintiff,

  v.

CITIBANK, N.A.,

    Defendant.

No. C 17-06907  WHA

**ORDER SETTING HEARING
RE PLAINTIFF'S
DISCOVERY DISPUTE**

Pursuant to plaintiff's letter of October 9, 2018, the Court **SETS** a two-hour meet-and-confer in the Court's jury room from **11:00 A.M. AND CONTINUING TO 1:00 P.M. ON WEDNESDAY, OCTOBER 17**, at the federal courthouse in San Francisco.  Defendant's response is due by noon on Monday, October 15.  At **1:00 P.M.**, the Court shall hear any remaining discovery issue(s).  Please buzz chambers to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated:  October 10, 2018.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE