IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH REVITCH, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

CITIBANK, N.A.,

    Defendant.

No. C 17-06907 WHA

**ORDER FOLLOWING OCTOBER 17 DISCOVERY HEARING**

      Pursuant to the parties' agreement, defendant shall produce documents it intends to rely on to support its affirmative defense of consent by **NOVEMBER 9**. Plaintiff's anticipated motion for class certification is due by **NOVEMBER 28**. Defendant's opposition is due by **JANUARY 2, 2019** and plaintiff's reply, if any, is due by **JANUARY 23**. A hearing on plaintiff's motion will be held on **FEBRUARY 7 AT 8:00 A.M.**

      The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be **MARCH 1**. All other deadlines in the October 2 amended case management order remain the same.

      **IT IS SO ORDERED.**

Dated: October 17, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE