IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>CITIBANK, N.A.,<br><br>            Defendant. | No. C 17-06907 WHA<br><br>**ORDER RE (1) ADMINISTRATIVE MOTION TO ENLARGE TIME; AND (2) MOTION FOR PROTECTIVE ORDER** |

On November 28, plaintiff Jeremiah Revitch timely filed his motion for class certification. Among other things, the motion relied upon the expert reports of Colin Weir and Randall Snyder. Now, with its opposition due on January 2, defendant Citibank argues that it has been sandbagged, claiming that the motion for class certification relies upon previously-undisclosed expert reports and data. As relief, defendant asks that its time to respond to the class certification motion be extended to February 1. Plaintiff responds that defendant's complaint of sandbagging rings hollow because much of the data at issue was produced by Citibank in the first instance and the currently-imposed schedule already builds in time to evaluate expert reports and take necessary depositions (Dkt. Nos. 84, 87, 91).

In a parallel dispute, plaintiff has filed a discovery letter brief seeking a protective order regarding defendant's notice of depositions of plaintiff's experts. According to plaintiff, defendant has noticed these depositions on days when plaintiff's experts have prior commitments. It appears that the reason for this scheduling jam is, at least in part, defendant's approaching deadline to oppose class certification (Dkt. No. 89).

As a concession to the shortness of life, class certification and related expert depositions shall proceed as follows. Defendant shall depose Mr. Snyder on **DECEMBER 23 OR 24** and shall depose Mr. Weir on **DECEMBER 27 OR 28** (unless the parties can jointly agree on earlier dates). Defendant's opposition to class certification shall be due on **JANUARY 11**. Plaintiff's reply is due **FEBRUARY 1**. A hearing on plaintiff's motion for class certification will be held on **FEBRUARY 14 AT 8:00 A.M.** This schedule will give defendant more than sufficient time to prepare for the depositions of plaintiff's experts and to thereafter complete its opposition to the pending motion for class certification.

**IT IS SO ORDERED.**

Dated: December 7, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE