UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No.  3:17-cv-06907-WHA   (DMR)<br><br>**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. No. 116 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference is RESCHEDULED to **March 29, 2019 at 10:00 a.m.,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov  (click "Calendar - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) on the Friday prior to the scheduled settlement conference.

If all parties, counsel, and other mandatory attendees are **not** available on the above date, counsel shall notify the court in writing **within 2 business days.**  The parties should be mindful of any time limits set by the judge to whom the case is assigned.  **If written notice is not provided within 2 business days, the settlement conference date as stated above shall remain in effect.**

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated May 16, 2018.  [*See* Docket No. 35.]

**IT IS SO ORDERED.**

Dated: January 28, 2019

_____
DONNA M. RYU
United States Magistrate Judge