Christopher J. Willis (admitted *pro hac vice*)
willisc@ballardspahr.com
**BALLARD SPAHR LLP**
999 Peachtree Street, Ste. 1000
Atlanta, GA  30309
Telephone: 678.420.9300
Facsimile: 678.420.9301

Daniel JT McKenna (admitted *pro hac vice*)
mckennad@ballardsphar.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8321
Facsimile: 215.864.8999

Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
  CITIBANK, N.A.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | **CASE NO. 3:17-cv-06907-WHA** <br><br> <u>CLASS ACTION</u> <br><br> [Assigned to the Hon. William Alsup] <br><br> **[PROPOSED] ORDER GRANTING CITIBANK, N.A.'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE FACTUAL RECORD** |

# [PROPOSED] ORDER

Pursuant to Northern District of California Civil Local Rules 7-11 and 7-3(d), Defendant Citibank, N.A. ("Citibank") filed its Administrative Motion for Leave to Supplement the Record on February 8, 2019 (the "Motion"). After consideration of the Motion, the supporting materials, and all other files, records, and proceedings herein, the Court **GRANTS** Citibank's Motion.

It is hereby **ORDERED** as follows:

1. The full transcript of the deposition of Margaret Daley, taken on January 24, 2019, shall be admitted into the record in this matter, as a supplement to Citibank's Opposition to Plaintiff's Motion for Class Certification, and is available for consideration at the class certification hearing scheduled for February 14, 2019.

**IT IS SO ORDERED.**

Dated: February 11, 2019.

_____
Hon. William ~~H.~~ Alsup
United States District Court Judge