IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH REVITCH, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

CITIBANK, N.A.,

    Defendant.

No. C 17-06907 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court **CONTINUES** the hearing on plaintiff's motion for summary judgment to **JULY 3, 2019, AT 8:00 A.M.** There will not be a telephone conference regarding continuing the trial as the parties claim the case should be resolved before the hearing on July 3. If the settlement falls apart, the final pretrial conference will go forward on **JULY 10 AT 2:00 P.M.** and trial will go forward on **JULY 15, AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: June 17, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE